**Motion granted in part and denied as moot in part, and Order filed March 8, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00650-CR
_____

**JOSEPH TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1670912**

---

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant has filed a motion with this court seeking to access the appellate record in order to prepare and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). We grant appellant's request to access the record. The motion also requests that appellant be granted an extension of time of 30 days

from the grant of his request to access the record in order to file his pro se brief. However, appellant has already been granted an extension to April 25, 2022 to file a brief, which is a greater extension than has been requested by his motion. As a result, appellant's request for a lesser extension is denied as moot.

Accordingly, we hereby direct the Judge of the 177th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **March 23, 2022**; that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court by **April 25, 2022**.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.